# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **HARVON GOODEN** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00601 |
| | § | |
| **PACCAR, INC. d/b/a PETERBILT MOTORS COMPANY** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice, Plaintiff Harvon Gooden's claims asserted or assertable against Defendant PACCAR Inc (improperly named PACCAR, Inc. d/b/a Peterbilt Motors Company) are dismissed with prejudice. Each party shall bear its own costs of court and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 24th day of October, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE